AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

**BRIAN PRICE**
        Plaintiff

V.

**ERIC K. SHINESKI**
        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 09-2492 (FSH)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ **GRANTED**, and

☒ The clerk is directed to file the complaint, and

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ **DENIED**, for the following reasons:

_____
_____
_____

☐ and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this 29th day of May, 2009

_____
Signature of Judicial Officer

Faith S. Hochberg, U.S.D.J.
Name and title of Judicial Officer

MAY 26 2009